# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Lori McDonald, | Case No.: |
| Plaintiff, | |
| v. | COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF |
| Stoneleigh Recovery Associates, LLC, | |
| Defendant. | JURY DEMAND ENDORSED HEREIN |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

3. As described below, Defendant attempted to collect from Plaintiff a "debt" as defined by 15 U.S.C. §1692a(5).

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. On or around June 9, 2010, Defendant telephoned Plaintiff's brother's parents-in-law in connection with the collection of the debt.

6. During this communication, Defendant disclosed that Plaintiff owed a debt.

7. During this communication, Defendant falsely represented that Plaintiff had given Defendant permission to call Plaintiff's brother's parents-in-law about the debt.

8. At the time of these communications, Defendant already had Plaintiff's location information.

9. After learning of the communication referenced above, Plaintiff telephoned Defendant on or around June 10, 2010.

10. During this communication, Defendant falsely represented that Defendant was allowed to contact and demand money from anyone Plaintiff knows.

11. During this communication, Defendant falsely represented that Defendant was preparing to garnish Plaintiff's wages.

12. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

13. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

14. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

15. Defendant violated 15 U.S.C. §1692c by communicating with a third party in connection with the collection of the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

16. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

17. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with the collection of the debt.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

18. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

19. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations in connection with the collection of the debt.

## JURY DEMAND

20. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

21. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, LLP

By: /s/ Helene Karen Gatto
    Helene Karen Gatto
    Bar # 0190527
    2901 West Busch Blvd, Suite 701
    Tampa, FL 33618
    Telephone: 866-339-1156
    Email: kga@legalhelpers.com
    Attorneys for Plaintiff